**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ESSAM SAAD, | Case No. 25-cv-11357 |
| *Plaintiff*, | |
| | **Judge Rebecca Pallmeyer** |
| v. | |
| BAKKT HOLDINGS, INC., BAKKT CRYPTO SOLUTIONS, LLC, BAKKT MARKETPLACE, LLC, and WEBULL PAY, LLC, | |
| *Defendants*. | |

## WEBULL PAY, LLC'S MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17, Defendant Webull Pay, LLC ("Webull") respectfully requests that this Court grant leave to withdraw the appearance of Tammy L. Adkins of McGuireWoods LLP on its behalf in this litigation. In support of this motion, Webull states as follows:

1.  Undersigned Counsel negotiated a tender of defense, and has filed an appearance on behalf of Webull Pay, LLC.

2.  Webull will continue to be represented by the undersigned counsel of Mandell P.C.

3.  This motion is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order withdrawing the appearance of Tammy L. Adkins as counsel for Webull Pay, LLC.

Dated: December 19, 2025

Respectfully submitted,

WEBULL PAY, LLC

By:    /s/Steven P. Mandell
One of their attorneys

1

Steven P. Mandell (ARDC #6183729)
Bryan G. Lesser (ARDC #6330021)
MANDELL P.C.
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 801-6337
smandell@mandellpc.com
blesser@mandellpc.com

2

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing document has been served December 19, 2025 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ Steven P. Mandell

3